ORIGINAL

FILED
SEP 1 0 2007
U.S. COURT OF FEDERAL CLAIMS

EDWARD R. BALLARD, ESQ.
WEULE & BALLARD
18881 Von Karman Ave., Suite 1225
Irvine, California 92612
(949) 476-2088 Phone
(949) 476-3095 Fax

Attorneys for Plaintiff, Alvarez Engineering, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ALVAREZ ENGINEERING, INC., a California corporation,<br>Plaintiff,<br>vs.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 07-656 C<br>**DISCLOSURE STATEMENT**<br>[RULE 7.1] |

Plaintiff, Alvarez Engineering, Inc., a California corporation, states as follows:

1. It is a nongovernmental corporate party to this action.
2. It has no parent corporation.
3. There is no publicly held corporation that owns 10% or more of its stock.

Dated: 9/5, 2007

Edward R. Ballard
WEULE & BALLARD

[signature]

Attorneys for Plaintiff,
Alvarez Engineering, Inc.

J:\WPDATA\MCW\ALVAREZ Gov't Claim\Pleadings\Disclosure Statement