**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALVAREZ ENGINEERING, INC.,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 07-656C<br><br>(Judge Wheeler) |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to RCFC 6(b), the defendant respectfully requests an enlargement of time of 30 days, to and including Monday, December 10, 2007, within which to respond to the complaint. Our response is currently due on November 9, 2007. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that the plaintiff will not oppose this request for an enlargement of time.

Counsel for the defendant timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. Agency counsel recently contacted defense counsel and informed him that the agency would not be able to finalize its litigation report until after the November 9, 2007 deadline for filing the answer or other responsive pleading, though it should be able to provide the report shortly thereafter. After receiving the litigation report, counsel for the defendant will require time to study it and determine the most appropriate response to the complaint. Therefore, we anticipate that an additional 30 days will be required to prepare our response.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

October 30, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on October 30, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK