**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALVAREZ ENGINEERING, INC.,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-656C<br><br>(Judge Wheeler) |

**ANSWER**

For its answer to the complaint, defendant, the United States, admits, denies, and alleges as follows:

1. Admits the allegations contained in paragraph 1 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 1.

2. Admits the allegations contained in paragraph 2 to the extent supported by the Act cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 2.

3. Admits the allegations contained in paragraph 3 to the extent supported by the claim cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Admits the allegations contained in paragraph 4 to the extent supported by the written decision cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 4.

5. The allegations contained in paragraph 5 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in paragraph 6 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. The allegations contained in paragraph 7 constitute conclusions of law and the plaintiff's characterization of its claim, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

8. Admits the allegations contained in the first sentence of paragraph 8 to the extent supported by the claim cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 8. The allegations contained in the second and third sentences of paragraph 8 constitute plaintiff’s characterization of its case and a statement of the plaintiff’s intentions, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

9. Denies.

10. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 9, or to any relief whatsoever.

11. Denies each and every allegation not previously admitted or otherwise qualified.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's cause of action is barred, in whole or in part, by the doctrine of accord and satisfaction.

### Second Affirmative Defense

Plaintiff's cause of action is barred, in whole or in part, by the doctrine of waiver.

### Third Affirmative Defense

Plaintiff's cause of action is barred, in whole or in part, by the doctrine of sovereign acts.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 10, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 10, 2007, a copy of the foregoing "ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK