# In the United States Court of Federal Claims

No. 07-656C

(Filed: February 14, 2008)

************************************ *
*
ALVAREZ ENGINEERING, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

## SCHEDULING ORDER

On January 30, 2008, counsel for the parties filed a Joint Preliminary Status Report that included a proposed discovery schedule. Based on further discussions with counsel during a February 14, 2008 Preliminary Scheduling Conference, the Court hereby establishes the following schedule:

1. The parties shall provide initial disclosures on or before February 21, 2008.

2. All fact discovery shall be completed no later than September 30, 2008.

3. Plaintiff shall provide its expert report on or before December 5, 2008.

4. Defendant shall provide its expert report on or before January 8, 2009.

5. Expert depositions shall be completed on or before March 6, 2009.

The parties are expected to work diligently to meet the dates set forth above, and should notify the undersigned if the Court's assistance is desired. Additionally, counsel for

the parties are directed to be available for a telephonic status conference on October 2, 2008, at 2:00 PM EST.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge