IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALVAREZ ENGINEERING, INC., a California corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-656C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective January 1, 2008, the physical address and the mailing address of the Law Offices of Weule & Ballard, APC, attorneys of record for Plaintiff, Alvarez Engineering, Inc., ("AEI"), is:

WEULE & BALLARD, APC
A Professional Corporation
Attorneys and Counselors at Law

The Towers at Bressi Ranch
6104 Innovation Way
Carlsbad, California 92009

(760) 602-3363 phone
(760) 602- 3363 facsimile

The physical address and mailing address of the Sacramento Office, remains unchanged.

Respectfully submitted,

WEULE & BALLARD, APC

"s/Edward R. Ballard"
Edward R. Ballard
Attorney for Plaintiff

January 15, 2008

CERTIFICATE OF FILING

I hereby certify that on February 21, 2008, a copy of the foregoing "NOTICE OF CHANGE OF ADDRESS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

"s/Edward R. Ballard"
Edward R. Ballard
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 21, 2008, I caused to be served by first-class mail (postage prepaid) copies of "NOTICE OF CHANGE OF ADDRESS" addressed as follows:

U.S. Department of Justice
DEVIN A. WOLAK
1100 L Street, N.W.
Washington D.C. 20530
(202) 616-0170

"s/Edward R. Ballard"
Edward R. Ballard
Attorney for Plaintiff

February 21, 2008