**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALVAREZ ENGINEERING, INC.,<br>a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-656C<br><br>(Judge Wheeler) |

**JOINT MOTION TO AMEND SCHEDULE**

Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, Alvarez Engineering, Inc. ("AEI"), and defendant, the United States, respectfully request that the Court amend the current scheduling order to enlarge the close of discovery by approximately four months. Discovery is currently scheduled to close on September 30, 2008. This is our first request to amend the schedule in this case.

The requested amendment is necessary because, while the parties have completed a substantial portion of the document discovery in this case, they still have not been able to conduct depositions. The documents relevant to the plaintiff's complaint are voluminous and involve several discrete issues with the construction of the project. Preparing and reviewing document productions took more time than anticipated for both parties, and we are only now coming to a point where we will be prepared to conduct depositions.

The parties cannot schedule depositions before the currently scheduled close of discovery for two principal reasons. First, with the close of the Federal fiscal year falling on September 30, many of the Government's witnesses are busy tending to other agency business at this busy time of year. Second, counsel for the defendant will be out of the office between September 17 and October 6 (to be married, as we mentioned at the initial scheduling conference), and is not

available to either defend those depositions or take his own.

To ensure that we have adequate time to conduct all necessary depositions in this case, the parties request a four-month adjustment to the close of fact discovery. This request anticipates that there may be scheduling delays with respect to witnesses, many of whom are located in California, that counsel will need to coordinate with their experts upon several of the issues in the case, and that counsel for both plaintiff and defendant also have other responsibilities to attend to while making progress upon this case.

For these reasons, the parties jointly and respectfully request that the Court amend the schedule in this case to allow additional time as follows:

- Close of Fact Discovery — January 30, 2009
- Disclosure of Initial Expert Reports — March 27, 2009
- Disclosure of Rebuttal Expert Reports — April 24, 2009
- Close of Expert Discovery — June 26, 2009

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ Edward R. Ballard
EDWARD RAY BALLARD
Weulle & Ballard
6104 Innovation Way
Carlsbad, CA 92009
Tel. (760) 602-3363

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Fax. (760) 602-3373

1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

Attorney for Plaintiff

Attorneys for Defendant

September 16, 2008

**CERTIFICATE OF FILING**

I hereby certify that on September 16, 2008, a copy of the foregoing "JOINT MOTION TO AMEND SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Devin A. Wolak